NEW YORK TERRITORY
NEW YORK REPUBLIC
(NEAR 10037)



RECEIVED
JAN 27 2017
CLERK'S OFFICE
S.D.N.Y.



Label 127R, February 2006
EXPRESS MAIL
UNITED STATES POSTAL SERVICE
www.usps.com

RUBY J. KRAJICK
DISTRICT COURT OF NEW YORK
US COURTHOUSE
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007


1007

