USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/08/2017

William R. Samuels
bill@wrsamuelslaw.com
Iva Rukelj
iva@wrsamuelslaw.com
W.R. Samuels Law PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
Telephone: (212) 206-9399
Facsimile: (917) 522-9615
*Attorneys for Plaintiff*
*Waddle & Friends, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WADDLE & FRIENDS, INC.,

        Plaintiff,

-against-

TRUMPETTE, INC., TRUMPETTE RETAIL, INC.,
JON STEVENSON AND JOHN SILICI,

        Defendants.
----------------------------------------------------------------X

Civil Action No.
17-CV-0901 (GWH)

**MEMORANDUM ENDORSED**

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees.

Respectfully submitted,

| RADOSLOVICH SHAPIRO PC | W.R. SAMUELS LAW PLLC |
|---|---|
| *(signature)* | *(signature)* |
| Holly J. Jacobson | William R. Samuels |
| 701 University Ave., Suite 100 | 280 Madison Avenue, Suite 600 |
| Sacramento, California 95825 | New York, NY 10016 |
| Tel: 916-565-8161 | P: 212-206-9399 |
| Fax: 916-565-8170 | F: 917-522-9615 |
| holly@radshap.com | iva@wrsamuelslaw.com |
| *Attorney for Defendants* | *Attorneys for Plaintiff* |
| Dated: 8/3/2017 | Dated: 8/3/2017 |

The parties have stipulated to the dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii).

The Clerk of Court is directed to close this case.

Dated: August 8, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge